**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| JAMES HALL and <br> N.C. "CLINT" MOSER, JR., <br> <br> Plaintiffs, <br> <br> v. <br> <br> JOHN MERRILL, Alabama <br> Secretary of State, <br> in his official capacity, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 2:13cv663-MHT <br> ) (WO) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on August 29, 2018 (doc. no. 95), wherein the final judgment of this court made and entered herein on September 30, 3016 (doc. no. 82), was vacated with instructions to dismiss the case as moot; the mandate of the United States Court of Appeals for the Eleventh Circuit issued on and received in the office of the clerk of this court on December 21, 2018 (doc. no. 96); and the Supreme Court's denial of the petition for a writ of certiorari on October 7, 2019 (doc. no. 97), it is the

**ORDER, JUDGMENT, and DECREE** of the court that the final judgment of this court made and entered on September 30, 2016 (doc. no. 82) is vacated, and this case is dismissed as moot.

DONE, this the 24th day of October, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**